UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

-against-

U.S. DEPARTMENT OF JUSTICE,

                Defendant.

21-CV-8427 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 1, 2022, dismissing the second amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the second amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 1, 2022
             New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge